AO 91 (Rev. 11/11)  Criminal Complaint                                                        TFH/bh USAO #Duty

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America )<br>v. )<br> )<br>JAVON ORANE MINOTT )<br> )<br> ) <br>*Defendant(s)* | Case No. 8:25-mj-03027-TJS |

☑ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED
8:36 am, Nov 20 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.G._____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 17, 2025** in the county of **Prince George's** in the
_____ District of **Maryland**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 2242 | Sexual Abuse |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

*David LaGrossa*
*Complainant's signature*

Det. David LaGrossa, USPP
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/19/2025

*Judge's signature*

City and state: Greenbelt, Maryland      Hon. Timothy J. Sullivan Chief US Magistrate Judge
*Printed name and title*