IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TJS-25-mj-3027** |
| | * | |
| **JAVON ORANE MINOTT,** | * | |
| | * | |
| Defendant | * | |
| | ******* | |

## GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the criminal complaint (ECF 1) in the above-captioned case, the government having insufficient evidence at this time to prove beyond a reasonable doubt that the Defendant committed the offense charged. Counsel for the Defendant has informed the government that the Defendant consents to the requested relief.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Megan S. McKoy
Timothy F. Hagan, Jr.
Assistant United States Attorneys

It is so ORDERED, this _____ day of December 2025. The Criminal Complaint (ECF 1) charging the above-captioned Defendant in the above captioned matter is hereby dismissed without prejudice.

_____

Honorable Timothy J. Sullivan
Chief U.S. Magistrate Judge